**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DONALD FINLEY, an individual,

        Plaintiff,

    v.

L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS,
INC.; JOHN PAUL MITCHELL SYSTEMS;
GOLDWELL NEW YORK; COSMOPROF SERVICES
USA, LLC; SALLY BEAUTY HOLDINGS, INC; and
JOHN DOE CORPORATIONS 1-100, inclusive,

        Defendants

C.A. No. 1:26-cv-01626-NRB

**[PROPOSED] ORDER**

On March 11, 2026, the properly named parties to the above-captioned action filed a Stipulation to remand this case to the State Court. This Court having reviewed the stipulation and for good cause shown, orders as follows:

1.    The parties' stipulation is accepted and approved; and

2.    Southern District of New York case number 1:26-cv-01626-NRB is hereby remanded to the Supreme Court of the State of New York, County of New York.

IT IS SO ORDERED.

Dated: *March 12, 2026*

*Naomi Reice Buchwald*
Naomi Reice Buchwald
U.S. District Judge

4

1629455329.3